Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13478−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Foulis M. Peacock
   30 Cold Spring Road
   Califon, NJ 07830

Social Security No.:
   xxx−xx−2481

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         6/14/23
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 10, 2023
JAN: mjb

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-13478-MBK

Foulis M. Peacock                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                    Page 1 of 2
Date Rcvd: May 10, 2023                                 Form ID: 132                                   Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Foulis M. Peacock, 30 Cold Spring Road, Califon, NJ 07830-3013 |
| 519898625 | + | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519898626 | | Amerigas, 145 Main Street, Chester, NJ 07930 |
| 519898632 | | Hunterdon County Sheriff's Office (Foreclosur, 71 Main Street, P.O. Box 2900, Flemington, NJ 08822-2900 |
| 519898634 | + | Kikoff Lending Llc, Po Box 40070, Reno, NV 89504-4070 |
| 519898637 | + | PARKER MCCAY, PA, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 519898638 | + | Virginia C. Peacock, 30 COLD SPRING ROAD, Califon, NJ 07830-3013 |
| 519898641 | + | Z's Gym, 62 East Mill Rd, Long Valley, NJ 07853-3118 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519898625 | ^ | MEBN | May 10 2023 20:35:59 | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519898627 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2023 20:43:01 | BLOOMINGDALES/CITIBANK, 9111 DUKE BLVD, Mason, OH 45040-8999 |
| 519898628 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 10 2023 21:06:48 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519898629 | + | Email/Text: bankruptcy@cavps.com | May 10 2023 20:41:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 519901473 | + | Email/Text: bankruptcy@cavps.com | May 10 2023 20:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519898630 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 10 2023 20:42:00 | Cb Indigo/Gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 519898631 | + | Email/PDF: creditonebknotifications@resurgent.com | May 10 2023 20:56:18 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 519898633 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 10 2023 20:41:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519898635 | | Email/Text: camanagement@mtb.com | May 10 2023 20:41:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 519898636 | | Email/Text: EBN@Mohela.com | May 10 2023 20:40:00 | Mohela/Dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 519898639 | | Email/Text: vci.bkcy@vwcredit.com | May 10 2023 20:41:00 | VW Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 132 | Total Noticed: 21 |

| 519898640 | + Email/Text: mpieslak@waterfallrevenuegroup.com | May 10 2023 20:41:00 | Waterfall Revenue Group, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
|---|---|---|---|

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Debtor Foulis M. Peacock dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4