UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
(732) 741 3900
Attorneys for Debtor, Foulis Peacock

| | |
|---|---|
| In Re: | Case No.:  23-13478-MBK |
| Foulis Peacock | Chapter:  13 |
| Debtor | Judge: Hon. Michael B. Kaplan, U.S.B.J. |
| | Hearing Date: |

## CERTIFICATION OF SERVICE

1. I, Allison Adcock:

   ☐ represent _____, the Creditor in the above-captioned matter.

   ☒ am the paralegal for Giordano, Halleran & Ciesla, P.C., who represents the Debtor, Foulis Peacock, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 19, 2023, I filed via Pacer the following pleadings and/or documents:

   - Notice of Request for Loss Mitigation by the Debtor
   - Proposed Loss Mitigation Order
   - Certification of Service

3. I then caused a copy of the above documents to be sent to the parties listed in the chart below.

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 19, 2023            */s/Allison Adcock*
                               Allison Adcock

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel to M&T Bank | ☐ Overnight mail<br>☒ Regular mail<br>☒ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (CM/ECF)<br>☐ Other _____<br>(as authorized by the court *) |
| M&T Bank<br>Mortgage Bankruptcy Department<br>P.O. Box 840<br>Buffalo, NY 14240 | Secured Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☒ Certified mail/RRR<br>☐ Notice of Electronic Filing (CM/ECF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Notice of Electronic Filing (CM/ECF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Notice of Electronic Filing (CM/ECF)<br>☐ Other _____<br>(as authorized by the court *) |

Docs #6176695-v1