# GIORDANO, HALLERAN & CIESLA

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**DONALD F. CAMPBELL, JR., ESQ.** (732) 741-3900
SHAREHOLDER FAX: (732) 224-6599
DCAMPBELL@GHCLAW.COM
DIRECT DIAL: (732) 219-5494 www.ghclaw.com

June 14, 2023

Matter: 24361-1

**VIA CMECF/EMAIL**

Honorable Michael B. Kaplan, Chief Judge
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

    **RE:** **Foulis M. Peacock**
           **Case#: 23-13478**
           **Confirmation Hearing Date: June 14, 2023**
           **Withdraw Chapter 13 Plan (Dkt # 11)**

Your Honor:

    This office represents the Debtor, Foulis M. Peacock (the "*Debtor*"), in the above-captioned matter. On May 9, 2023, the Debtor filed a proposed Chapter 13 plan. Debtor's proposed plan included an error with the payments to the Trustee. While Debtor is paying the adequate protection to the mortgage holder, as requested in the proposed plan, Debtor should only be making reduced payments in the amended plan. The Debtor will be submitting updated schedules I and J. Therefore, the Debtor hereby withdraws the May 9, 2023 plan (Dkt #11).

    As always, the courtesies of this Court are greatly appreciated.

                          Respectfully Submitted,

                          */s/ Donald F. Campbell, Jr.*

                          DONALD F. CAMPBELL, JR.

DFC/aa

CC: Albert Russo, Chapter 13 Trustee

Docs #6219297-v1