Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13478−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Foulis M. Peacock
   30 Cold Spring Road
   Califon, NJ 07830

Social Security No.:
   xxx−xx−2481

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/15/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 15, 2023
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 23-13478-MBK

Foulis M. Peacock    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Jun 15, 2023    Form ID: 148    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Foulis M. Peacock, 30 Cold Spring Road, Califon, NJ 07830-3013 |
| 519898626 | | Amerigas, 145 Main Street, Chester, NJ 07930 |
| 519898632 | | Hunterdon County Sheriff's Office (Foreclosur, 71 Main Street, P.O. Box 2900, Flemington, NJ 08822-2900 |
| 519898634 | + | Kikoff Lending Llc, Po Box 40070, Reno, NV 89504-4070 |
| 519898637 | + | PARKER MCCAY, PA, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 519898638 | + | Virginia C. Peacock, 30 COLD SPRING ROAD, Califon, NJ 07830-3013 |
| 519898641 | + | Z's Gym, 62 East Mill Rd, Long Valley, NJ 07853-3118 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2023 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2023 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: camanagement@mtb.com | Jun 15 2023 21:12:00 | M&T Bank, ATTN: Mortgage Bankruptcy Dept, PO Box 840, Buffalo, NY 14240-0840 |
| 519898625 | ^ | MEBN | Jun 15 2023 21:07:43 | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519898627 | + | EDI: CITICORP.COM | Jun 16 2023 00:57:00 | BLOOMINGDALES/CITIBANK, 9111 DUKE BLVD, Mason, OH 45040-8999 |
| 519898628 | + | EDI: CAPITALONE.COM | Jun 16 2023 00:57:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519916911 | + | EDI: AIS.COM | Jun 16 2023 00:58:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519898629 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 21:13:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 519901473 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 21:13:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519898630 | + | EDI: PHINGENESIS | Jun 16 2023 00:58:00 | Cb Indigo/Gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 519898631 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2023 21:15:40 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 519898633 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 15 2023 21:12:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519898634 | ^ | MEBN | Jun 15 2023 21:08:31 | Kikoff Lending Llc, Po Box 40070, Reno, NV 89504-4070 |
| 519898635 | | Email/Text: camanagement@mtb.com | | |

| | | | |
|---|---|---|---|
| 519932112 | Email/Text: camanagement@mtb.com | Jun 15 2023 21:12:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| | | Jun 15 2023 21:12:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519898636 | Email/Text: EBN@Mohela.com | Jun 15 2023 21:12:00 | Mohela/Dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 519914877 | EDI: Q3G.COM | Jun 16 2023 00:57:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519923114 | EDI: Q3G.COM | Jun 16 2023 00:57:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519898639 | Email/Text: vci.bkcy@vwcredit.com | Jun 15 2023 21:13:00 | VW Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 519898640 | + Email/Text: mpieslak@waterfallrevenuegroup.com | Jun 15 2023 21:12:00 | Waterfall Revenue Group, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Debtor Foulis M. Peacock dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5